## Dora Schoon, Appellee, v. A. H. Welch and H. C. Welch, copartners, trading as Welch & Welch, Appellants.

### Gen. No. 23,623.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Dora Schoon, plaintiff, against A. H. Welch and H. C. Welch, copartners, trading as Welch & Welch, defendants, for goods sold and delivered. From a judgment for plaintiff for $94.70, defendants appeal.

CHARLES A. BUTLER, for appellants.

EDWARD H. TAYLOR, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. TENDER, § 15*—*when amount will be ordered paid to adverse party.* Where, in an action for goods sold and delivered, defendants make a tender in court of the amount which they concede is due, such amount may be ordered paid to plaintiff and the balance of the demand reserved for future adjudication.

2. SALES, § 329*—*when evidence shows agreement between parties and supports verdict for plaintiff.* In an action to recover for goods sold and delivered, evidence examined and *held* to show an agreement between the parties and to be sufficient to support a verdict for plaintiff, and not to show that there was any consideration for any agreement entered into subsequent to the original contract varying the terms of the latter.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3.  APPEAL AND ERROR, § 1078*—*when cross errors necessary.* On an appeal from a judgment for plaintiff, where no cross errors are assigned, the Appellate Court will not increase the judgment on plaintiff's suggestion.